Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

FEB 1 4 2022

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona
### Phoenix Division

| | |
|---|---|
| Gene Veal | Case No. **CV22-00240-PHX-MTL--CDB** |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | Jury Trial: *(check one)* ☒ Yes ☐ No |
| Paul Penzone, Sheriff of Maricopa County; Bill Gates, Steve Gallardo, Denny Barney, Steve Chucri; and Clint L. Hickman, Maricopa County Supervisors, | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non–Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Gene Veal |
| Address | 16618 N. 2nd Avenue |
| | Phoenix, AZ 85023 |
| | *City / State / Zip Code* |
| County | Maricopa |
| Telephone Number | (480) 273-0821 |
| E-Mail Address | gene_veal@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Paul Penzone |
| Job or Title *(if known)* | Sheriff Maricopa County |
| Address | 550 West Jackson |
| | Phoenix, AZ 85003 |
| | *City / State / Zip Code* |
| County | Maricopa |
| Telephone Number | (602) 876-1000 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Bill Gates |
| Job or Title *(if known)* | Chairman District 3 |
| Address | 301 West Jefferson Street |
| | Phoenix, AZ 85003 |
| | *City / State / Zip Code* |
| County | Maricopa |
| Telephone Number | (602) 506-7562 |

E-Mail Address *(if known)*   district3@mail.maricopa.gov

☐ Individual capacity   ☒ Official capacity

**Defendant No. 3**
Name: Steve Gallardo
Job or Title *(if known)*: Chairman, District 5
Address: 301 W. Jefferson Street
City: Phoenix   State: AZ   Zip Code: 85003
County: Maricopa
Telephone Number: (602) 506-7092
E-Mail Address *(if known)*: district5@mail.maricopa.gov

☐ Individual capacity   ☒ Official capacity

**Defendant No. 4**
Name: Clint Hickman
Job or Title *(if known)*: Vice Chairman District 4
Address: 301 W. Jefferson Street
City: Phoenix   State: AZ   Zip Code: 85003
County: Maricopa
Telephone Number: (602) 506-3011
E-Mail Address *(if known)*:

☐ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

18 U.S.C. Section 3626. Prison conditions. General - Sanitation, black mold with black active spores, lead paint, and abestoes.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Under the Color of Law, each Defendant willfully deprive me of a right or privilege protected by the Constitution or laws of the United States, under Section 242 of Title 18. Each and every defendant was fully aware of the contamination that I was expoxed to, black mold with black active spores, exposed to lead paint, and abestoes causing me serious health issues requiring medical attention, and the refusal of defendants to provide adequeate medical intervention and treatment.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Durango Jail, Maricopa County, 2939 W. Durango Street, Phoenix, AZ 85009

B. What date and approximate time did the events giving rise to your claim(s) occur?

June 10, 2019 - July 25, 2019

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

While I was incarcerated at the Durango Prison, Maricopa County, in the D-4 Building, Pod-D, I was exposed to black mold, black active spours, exposed to lead paint, and asbéstoes, causing me to get sick. Each and every Defendant was aware of the black mold with active black spores, lead paint, and abestoes, that was present in the jail cells, and refused to correct the issues having known about the serious conditions that are causing serious health conditions. I brought this to the attention of the the Defendants and their medical staff, who refused to treat me, and refused to take me to a medical professional for examination and treatment. Medical staff prescribed me Claritin, with instructions to take one daily for one week. Claritin is for allergies, and did not help my medical sysptoms.

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I suffered with daily with the following: ongoing dizziness, coughing, sinus infection, breathing problems, constant pain in my sinuses, headaches, my throat and face were swollen, unable to get restful sleep casing additional medical issues, including congintive. Once the medical staff was informed that the medication, Claritin was not working, they discontinued the medication and refused to provide any further medical treatment or intervention. I made the Defendants aware of my ongoing medical issues on at least 6 different times.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Under Graves v. Arpio, I am entitled to compensation for the damages I have suffered. I am seeking compenstoray damages in the amount of $13,500.00, $300 per day for a total of 45 days.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-14-22

Signature of Plaintiff: [signed]
Printed Name of Plaintiff: GENE ARTHUR VEAL
EMAIL: gene_veal@yahoo.com
480-273-0821

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

| | |
|---|---|
| Name of Law Firm | _____ |
| Address | _____ |
| | _____ _____ _____ |
| | City            State   Zip Code |
| Telephone Number | _____ |
| E-mail Address | _____ |